675 A.2d 1290

INDIAN TRAILS PROPERTY OWNERS ASSOCIATION, INC.
a/k/a Indian Rocks Property Owners Association

v.

Thomas J. GILL and Nancy A. Gill, His Wife, Daniel G. Pagella and Louisa G. Pagella, Frederick D. Ruziecki, Miguel A. Rivera and Hortensia Rivera, His Wife, George J. Poiani and Catherine Poiani, His Wife, John Palermo and Martha Palermo, His Wife, Kimberly A. Rosensweet, Valerie A. Rosensweet and Lawrence Rosensweet, Husband and Wife.

Appeal of Thomas J. GILL and Nancy A. Gill, His Wife, Daniel G. Pagella and Louisa C. Pagella, Frederick D. Ruziecki, Miguel A. Rivera and Hortensia Rivera, His Wife, John Palermo and Maria Palermo, His Wife, Kimberly A. Rosensweet, Valerie A. Rosensweet, Lawrence Rosensweet, Husband and Wife.

Superior Court of Pennsylvania.

Argued Nov. 16, 1995.

Filed May 13, 1996.

Robert F. Bernathy, Hawley, for appellants.

Ronald M. Bugaj, Honesdale, for Indian Trails, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

PER CURIAM:

Appeal quashed. Jurisdiction relinquished.

CAVANAUGH, Judge, concurring.

I join the well-reasoned majority memorandum. I write separately in the form of a Concurring Opinion simply to point out that I feel this case was properly considered and decided by this panel even though jurisdiction is proper with the Commonwealth Court of Pennsylvania since there has been no objection to our assumption of jurisdiction. *See* Pa.R.A.P. 741.

As pointed out by the majority, this case involves the affairs of Indian Rocks Property Owners Association, Inc., a non-profit corporation. Proper jurisdiction of this appeal lies with the Commonwealth Court of Pennsylvania, 42 Pa.C.S. § 762(a)(5). I write to urge that any future appeals in this case, or other appeals involving the affairs of Indian Trails Property Owners Association, Inc., be pursued in the Commonwealth Court and to encourage that other similar appeals involving non-profit corporations be pursued in that court where rightful jurisdiction is vested.